# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN M. KERSEY,<br><br>Defendant. | Case No. 1:18-po-00406-SAB<br><br>ORDER RELEASING DEFENDANT FROM CUSTODY |

On December 27, 2018, Shawn M. Kersey ("Defendant") failed to appear for his initial appearance on a citation issued for unauthorized introduction of narcotics into the Veteran's Administration Hospital in violation of 38 C.F.R. § 1.218(b)(18) and an arrest warrant issued. On April 25, 2019, Defendant appeared in custody on the arrest warrant. Defendant was sentenced on the charge and was ordered to appear on December 5, 2019 for a status conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Kersey is released from the custody of the United States Marshal as of the issuance of this order;
2. Defendant Kersey shall abide by the terms and conditions of his probation imposed on April 25, 2019 with a judgment to follow setting forth the entire terms and conditions; and
3. Defendant shall appear on **December 5, 2019, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: **April 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1