# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN M. KERSEY,<br><br>Defendant. | CASE No. 1:18-po-00406-SAB<br><br>ORDER CONTINUING HEARING AND REFERRING MATTER TO PROBATION FOR POSSIBLE PETITION FOR VIOLATION OF PROBATION |

Shawn M. Kersey ("Defendant") pled guilty to unauthorized introduction of narcotic drugs in violation of 38 C.F.R. § 1.218(b)(18) on April 25, 2019. Defendant was sentenced to 8 months of unsupervised probation to expire on 12/25/2019; a fine of $200.00, a processing fee of $30.00, and a special assessment fee of $10.00 for a total financial obligation of $240.00 to be paid in increments of $40.00 per month commencing May 15, 2019 and on the 15th of each month until paid in full; to obey all laws; stay in contact with counsel; notify the Court and counsel of any change of address within 10 days; notify of any financial economic change; and 1 day custody with credit for 1 day time served. A probation review hearing was set for December 5, 2019, at 10:00 a.m. before Magistrate Judge Stanley A. Boone. Defendant was to file a status report fourteen days prior to the December 5, 2019 hearing.

Defendant did not file a status report fourteen days prior to the hearing as required. Further, it does not appear that Defendant has paid his fine in full. Therefore, the Court shall continue the status conference and refer this matter to Probation to consider whether a petition for violation of probation should be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for December 5, 2019, is CONTINUED to December 12, 2019, at 10:00 a.m. in Courtroom 9;
2. Defendant Shaw M. Kersey is ordered to appear at the December 12, 2019 hearing; and
3. This matter is referred to Probation for the possibility of filing a petition for violation of probation.

IT IS SO ORDERED.

Dated: **December 4, 2019**

_____
UNITED STATES MAGISTRATE JUDGE