# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>               Plaintiff,<br><br>     v.<br><br>**SHAWN M. KERSEY**<br><br>               Defendant. | CR NO: 1:18-PO-00406-SAB |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Shawn M. Kersey | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by Citation #6355030 ☐ Indictment ☐ Information ☐ Complaint charging detainee with: 38 CFR 1.218(b)(18) Unauthorized intro of narcotics |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on Thursday, December 12, 2019, at 10 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Michael G. Tierney – Misdemeanor Unit |
| Printed Name & Phone No: | Michael G. Tierney – 559-497-4039 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on Thursday, December 12, 2019, at 10:00 a.m. and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Dec 11, 2019**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Shawn Kersey | ☒ Male ☐ Female | |
| Booking or CDC #: | 1935689/JID 7039900 | DOB: | 04-06-1990 |
| Facility Address: | 1225 "M" Street, Fresno, CA 93721 | Race: | W |
| Facility Phone: | 559-488-2590 | FBI#: | 869336RC1 |
| Currently | N/A | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                                 (signature)