IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SHAWN KERSEY,<br><br>   Defendant. | Case No. 1:18-po-00406-SAB<br><br>ORDER DENYING STIPULATION TO CONTINUE STATUS CONFERENCE AND WAIVING DEFENDANT'S APPEARANCE AT SEPTEMBER 17, 2020 STATUS CONFERENCE<br><br>(ECF No. 40) |

On October 21, 2018, Shawn Kersey ("Defendant") was cited for unauthorized introduction of narcotics into the Veteran's Administration Hospital in violation of 38 C.F.R. § 1.218(b)(18). (ECF No. 1.) Plaintiff failed to appear for his initial appearance on December 6, 2018, and an arrest warrant issued. (ECF Nos. 2, 4.)

Plaintiff appeared in custody on April 25, 2019, pled guilty, and was sentenced on the charge to a period of 8 months of unsupervised probation. As terms of his probation, Defendant was ordered to pay a fine of $200.00, processing fee of $30.00, and special assessment of $10.00, for a total financial obligation of $240.00. Plaintiff was also ordered to obey all laws, stay in contact with counsel, and to notify the court and counsel of any change of address within 10 days. He was released to appear for a probation status conference on December 5, 2019. (ECF No. 5.)

On December 4, 2019, the review hearing was continued and the matter was referred to probation. (ECF No. 15.) On December 11, 2019, an order re probation violation issued and an order was filed deferring the warrant with a hearing set for December 12, 2019; and Defendant's

application for a writ of habeas corpus ad prosequendum was granted with a writ issuing. (ECF Nos. 16, 17, 18, 19.)

Plaintiff appeared in custody at the December 12, 2019 initial appearance on the probation violation. Defendant denied the probation violation and a status conference was set for January 16, 2020. (ECF No. 21.)

Defendant did not appear on January 16, 2020, and defense counsel requested a continuance. (ECF No. 22.) A warrant was issued and held until January 17, 2020. (Id.) Defendant did not appear on January 17, 2020, and the previously held warrant issued. (ECF Nos. 23, 24.) Plaintiff appeared on January 24, 2020, and the arrest warrant was recalled. (ECF No. 28.) Plaintiff was ordered released on conditions and a status conference was set for February 20, 2020. (ECF Nos. 27, 28.)

A status conference was held on February 20, 2020, and defense counsel informed the court that Defendant was homeless and working. It was requested that the fine be converted to community service hours. A status hearing was set for March 19, 2020 and Defendant was ordered to personally appear. On March 18, 2020, a waiver of Defendant's presence was granted. (ECF Nos. 32, 33.) On March 19, 2020, a status hearing was held and a contested hearing was set for June 25, 2020. (ECF No. 34.) Defendant was ordered to be present if an admission was not entered. (Id.)

On June 25, 2020, a video hearing was held and defense counsel informed the court that Defendant is homeless and trying to resolve the matter. A status conference was set for September 17, 2020, and Defendant was ordered to appear. (ECF No. 39.)

On September 15, 2020, a stipulation was filed to continue the September 17, 2020 status conference to November 19, 2020. (ECF No. 40.) The request was to allow defense counsel additional time to acquire and set up the necessary equipment to enable Defendant's remote participation in court proceedings.

The Court does not find that good cause exists to grant a further continuance of this matter.

///

Accordingly, IT IS HERE ORDERED that:

1. The stipulation to continue the September 17, 2020 status conference is DENIED;
2. The status conference for September 17, 2020 shall remain on calendar; and
3. The Court shall waive the appearance of Defendant at the September 17, 2020 status conference.

IT IS SO ORDERED.

Dated:   **September 15, 2020**

UNITED STATES MAGISTRATE JUDGE